IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00555-CMA-KLM

ALEXANDER NOEL GARCIA,

    Plaintiff,

v.

HEFNER, Deputy, ACDF,
TITUS, Deputy, ACDF Housing,
JOHN DOE, Deputy, ACDF,
YNIGUEZ, Deputy, ACDF,
MOHR, Deputy, ACDF,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED
ON APPEAL PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff has filed *pro se* a Motion to File Without Payment of Filing Fee (ECF No. 98), liberally construed as a motion to proceed *in forma pauperis* on appeal. The motion is deficient because it is not submitted on the proper court-approved form. In addition, the Court finds pursuant to 28 U.S.C. § 1915(a)(3) that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the appeal.

    Accordingly, it is

**ORDERED** that the Motion to File Without Payment of Filing Fee (ECF No. 98) is denied.

DATED: December 7, 2021

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge